# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:98-cr-245

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALAN JEROME LINEBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion for Compassionate Release ("Motion"). The Court hereby **ORDERS** the Government to respond to Defendant's Motion. The Government shall have sixty (30) days from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

**IT IS SO ORDERED.**

Signed: August 3, 2020

Graham C. Mullen
United States District Judge